IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| WALTER S. PREBLE, | ) ) ) ) | Civil Action No. 04-CV-11005-RWZ |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TRANSPORTATION DISPLAYS, INC. d/b/a VIACOM OUTDOOR, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS' COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given to the Clerk of the above-named Court and to all counsel of record in the above-captioned action that, effective June 1, 2004, the address of counsel for the Defendants shall be:

Proskauer Rose LLP
One International Place
14th Floor
Boston, MA 02110

The telephone number will be (617) 526-9850.

Respectfully submitted,

Dated: _May 28, 2004_    By: _Mark W. Batten_

Mark W. Batten (BBO #566211) MB
BINGHAM McCUTCHEN, LLP
150 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 951-8000