SCANNED
DATE: 10-10-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 10 A 9: 34
U.S. DISTRICT COURT
DISTRICT OF MASS

WALTER S. PREBLE, )
)
Plaintiff, )
)
v. ) C.A. No. 04-cv-11005 RWZ
)
TRANSPORTATION DISPLAYS, )
INCORPORATED, dba )
VIACOM OUTDOOR, and )
PAINTERS AND ALLIED )
TRADES DISTRICT COUNCIL 35, )
IUPAT, AFL-CIO, )
)
Defendants. )

### DEFENDANT PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35'S ASSENT TO PLAINTIFF'S MOTION TO REMAND

Now comes Defendant Painters and Allied Trades District Council No. 35 and hereby assents to Plaintiff's Motion to Remand to Suffolk Superior Court due to the fact that Defendant Transportation Displays Incorporated, d/b/a Viacom Outdoor, failed to join or assent to Defendant Painters and Allied Trades District Council No. 35's Petition for Removal to this Court within thirty days of being served with the Plaintiff's Superior Court Complaint.

Respectfully submitted,

Jonathan M. Conti (BBO # 657163)
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated this 10th day of June, 2004.



## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that I have conferred in good faith with counsel of record in this matter.

_____
Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, counsel for Defendant Painters and Allied Trades District Council No. 35, hereby certify that on this date I served a copy of the within document by first class mail, postage prepaid, to Paul L. Nevins, Esq., 47 Church Street, Wellesley, MA 02482, and to Mark W. Batten, Esq., Proskauer Rose LLP, One International Place, Boston, MA 02110.

Dated this 10th day of June, 2004.

_____
Jonathan M. Conti