UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,<br>     Plaintiff, | )   CIVIL ACTION<br>)   NO. 04-11005 RWZ<br>) |
| v. | )<br>) |
| TRANSPORTATION DISPLAYS,<br>INCORPORATED, dba<br>VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED<br>TRADES, DISTRICT COUNCIL 35,<br>IUPAT, AFL-CIO,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>) |

## THE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Now comes the plaintiff in the above-referenced matter, Walter S. Preble, who, pursuant to 28 U.S.C. § 1447(c), requests that he be awarded reasonable costs and attorney's fees as provided under that statute. As grounds therefor, the plaintiff says:

1. The defendant, Painters and Allied Trades, District 35, wrongfully removed his case from Suffolk Superior Court to U.S. District Court as its attorneys acknowledged in a telephone conversation with the plaintiff's attorney.

2. As such, the plaintiff should be awarded reasonable costs and attorney's fees, as assessed against that defendant only.

3. The plaintiff seeks an award in the amount of $1,187.50 in attorney's fees and $46.50 in costs, as set forth in the **Affidavit Of Paul L. Nevins,** which accompanies this motion

WHEREFORE, for the above-discussed reason, the plaintiff prays that the Court grant him this request.

2

Respectfully submitted,

WALTER S. PREBLE

By his attorney,

Paul L. Nevins
BBO # 369930
47 Church Street
Wellesley, MA 02482
(781) 237-9018

**Certification Of Compliance With Local Rule 7.1**

The undersigned hereby certifies that, on June 11, 2004, he communicated, via facsimile, with counsel for the defendant, Painters and Allied Trades District 35, who are identified below in the **Certificate of Service,** and he requested that they assent to the payment of attorney's fees and costs, which they declined to do.

Paul L. Nevins

**Certificate of Service**

The undersigned hereby certifies that, on June 11, 2004 served a true copy of the foregoing upon all parties by causing

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
**Feinberg, Campbell & Zack, P.C.**
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

Paul L. Nevins