UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,<br>    Plaintiff,<br><br>v.<br><br>TRANSPORTATION DISPLAYS,<br>INCORPORATED, dba<br>VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED<br>TRADES, DISTRICT COUNCIL 35,<br>IUPAT, AFL-CIO,<br>    Defendants | CIVIL ACTION<br>NO. 04-11005 RWZ |

*FILED IN CLERKS OFFICE 2004 JUN 14 P 4:24 U.S. DISTRICT COURT DISTRICT OF MASS.*

## THE AFFIDAVIT OF PAUL L. NEVINS

I, Paul L. Nevins, upon oath, do depose and state as follows:

1. I am admitted to practice as an attorney within the Commonwealth of Massachusetts and I am in good-standing. I attach a copy of my resume hereto.

2. I am the attorney for the plaintiff, Walter S. Preble, in this civil action.

3. On June 9, 2003, I received a telephone call from Jonathan M. Conti, Esquire, counsel for the defendant, Painters and Allied Trades, who informed me that it wold file an assent to the pending **Plaintff's Motion To Remand** because his firm conceded that the case had been improperly removed from state superior court.

4. As a consequence of the defendant's removal of the plaintiff's case, I expended 4.75 hours of my time, as an attorney, to analyze the defendants' removal documentation, to review the statutory and case law, and to draft the **Plaintiff's Motion To Remand.**

2

5. Throughout, I exercised reasonable billing judgment, and I have not included within my calculation of time expended, ministerial or paralegal kinds of services.

6. My standard hourly rate is $250.00 per hour.

7. In addition, I incurred charges on behalf of the plaintiff in the amount of $46.50 at Kinko's to velo-bind and tab with eight exhibit folders one original and four copies of the motion.

Sworn to under the pains and penalties of perjury this 11th day of June, 2004.

_____
Paul L. Nevins

### Certificate of Service

The undersigned hereby certifies that, on June 11, 2004 served a true copy of the foregoing upon all parties by causing

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
**Feinberg, Campbell & Zack, P.C.**
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

_____
Paul L. Nevins

RESUME: PAUL L. NEVINS

**Personal Information:**
Married to: Virginia E. (Davis) Nevins
2 daughters: Lauren Anne and Diana Mary Alice

**Business Addresses: Law Offices of Paul L. Nevins**

| | |
|---|---|
| 47 Church Street | 101 Tremont Street, Suite 801 |
| Wellesley, MA 02181 | Boston, MA 02108 |
| Telephone: 781-237-9018 | Facsimile: 781-237-5765 |
| | E-Mail: NevinsP@aol.com |

**Educational Background:**
A.B., Suffolk University, 1966; M.A., New York University, 1968; J.D., Suffolk University Law School, 1982.

**Professional Affiliations:**
Admitted to Massachusetts Bar, Federal District and First Circuit Bars, 1982. Member of Massachusetts and American Bar Associations, Mass. Academy of Trial Attorneys and American Trial Lawyers Association.

Former Executive Board member, lead building representative, and first chairman, Desegregation Committee, Boston Teachers Union, AFT/AFL-CIO, Local # 66. Delegate to Massachusetts Federation of Teachers, American Federation of Teachers, and Greater Boston Labor Council. Former Executive Board member, Citywide Education Coalition, chairman, personnel and grievance committee.

**Employment Background:**
United States Army, 1968-1970: Personnel specialist, translator-interpreter (German); founder, first chairman of GIs For Peace, Fort Bliss, Texas, 1969.

Teacher, Secondary Schools, History, English and related subjects, including "National Street Law" project and moral development curriculum, Boston Public Schools, 1971-1982; consultant, Education Development Center, "Exploring Human Nature."

Attorney, 1982-present. Former litigation counsel for **Telex Corporation, Hidell-Eyster Technical Services, Inc.**; former labor counsel for **TACC International, Inc.**

**Professional Accomplishments:**
Trial attorney, extensive experience in civil cases. Concentrations in employment law (public and private), related civil rights and constitutional law claims; extensive business, related tort and breach of contract claims and probate litigation.

**Notable cases:**
Prevailing plaintiff's attorney in <u>Denton</u> v. <u>Boilermakers Union, Local 29</u>, 650 F. Supp. 1151 (D. Mass., 1986). Prevailing plaintiff's attorney in <u>Edwards</u> v. <u>City of Boston</u>, 408 Mass. 643, 562 N.E.2d 834 (1990).