UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17 P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| WALTER S. PREBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-cv-11005 RWZ |
| ) | |
| TRANSPORTATION DISPLAYS, ) | |
| INCORPORATED, dba ) | |
| VIACOM OUTDOOR, and ) | |
| PAINTERS AND ALLIED ) | |
| TRADES DISTRICT COUNCIL 35, ) | |
| IUPAT, AFL-CIO, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL NO. 35'S MOTION TO WITHDRAW
ITS ASSENT TO PLAINTIFF'S MOTION TO REMAND**

In view of co-Defendant Transportation Display's recent filing of its Opposition to Plaintiff's Motion to Remand, Defendant Painters and Allied Trades District Council No. 35 hereby moves to Withdraw its Assent to Plaintiff's Motion to Remand so that this Court may properly consider the Plaintiff's Motion and Defendant Transportation Display's Opposition.

Respectfully submitted,

_____
Jonathan M. Conti (BBO # 657163)
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated this 17th day of June, 2004.

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule V.1, I have conferred in good faith with counsel of record in this matter.

Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that I mailed a copy of the within document by first class mail, postage prepaid, to Paul L. Nevins, Esq., 47 Church Street, Wellesley, MA 02482, and to Mark W. Batten, Esq., Proskauer Rose LLP, One International Place, Boston, MA 02110.

Jonathan M. Conti

2