UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*6/24/04*

|  |  |  |
|---|---|---|
| WALTER S. PREBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-11005-RWZ |
| | ) | |
| TRANSPORTATION DISPLAYS, INC., | ) | |
| d/b/a VIACOM OUTDOOR, INC., | ) | |
| and PAINTERS AND ALLIED TRADES | ) | |
| DISTRICT COUNCIL 35, IUPAT, | ) | |
| AFL-CIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.1(D), the parties submits this joint scheduling conference statement.

**I.    Discovery Plan**

The parties propose the following discovery schedule:

✓1.    July 9, 2004: Initial disclosures due pursuant to Fed. R. Civ. P. 26(a)(1)

✓2.    November 9, 2004: All depositions completed and written discovery propounded

*for the Conference 11/18 at 2*

3.    December 17, 2004: Dispositive motions due

4.    January 7, 2005: Oppositions to dispositive motions due

5.    January 21, 2005: Reply briefs in support of dispositive motions due

6.    At the Court's convenience thereafter: oral argument on dispositive motions

TRANSPORTATION DISPLAYS, INC.

By its attorneys,

Mark W. Batten
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

Further proceedings, if necessary, will be scheduled after decision on the dispositive motions.

The parties agree that the presumptive discovery limits of Local Rule 26.1(C) afford all parties adequate discovery.

## II.   Alternative Dispute Resolution

At this stage of the proceedings, the parties do not believe that alternative dispute resolution would be appropriate.

## III.   Trial by Magistrate Judge

The parties do not consent to trial by Magistrate Judge.

## IV.   Rule 16.1(D)(3) Certifications

The parties attach hereto or will promptly file the certifications from counsel and authorized representatives of each party that they have conferred on the matters set forth in Local Rule 16.1(D)(3).

WALTER S. PREBLE

By his attorneys,



Paul Nevins
47 Church Street
Wellesley, MA 02482
(781) 237-9018

PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL 35, IUPAT,
AFL-CIO

By its attorneys,



Jonathan M. Conti
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

/32478/2/554658v1
06/08/04-BOS/