UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WALTER S. PREBLE,       )<br>                         )<br>       Plaintiff,       )<br>                         )<br>v.                       )<br>                         )<br>TRANSPORTATION DISPLAYS, )<br>INCORPORATED, dba       )<br>VIACOM OUTDOOR, and     )<br>PAINTERS AND ALLIED     )<br>TRADES DISTRICT COUNCIL 35, )<br>IUPAT, AFL-CIO,         )<br>                         )<br>       Defendants.       )<br>_____) | C.A. No. 04-cv-11005 RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendant, Painters and Allied Trades District Council No. 35, and its counsel hereby certify that we have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          6/28/04
Ralph Harriman, as Business Manager of        Dated
Painters and Allied Trades District Council
No. 35

_____          6/28/04
Jonathan M. Conti                             Dated
BBO# 657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

## Certificate of Service

I, Jonathan M. Conti, counsel for Defendant Painters and Allied Trades District Council No. 35, hereby certify that on this date I served a copy of the within document by first class mail, postage prepaid, to Paul L. Nevins, Esq., 47 Church Street, Wellesley, MA 02482, and to Mark W. Batten, Esq., Proskauer Rose LLP, One International Place, Boston, MA 02110.

Dated this 28th day of June, 2004.

_____
Jonathan M. Conti