UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WALTER S. PREBLE, <br><br>   Plaintiff, <br><br> v. <br><br> TRANSPORTATION DISPLAYS, INCORPORATED, dba VIACOM OUTDOOR, and PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 35, IUPAT, AFL-CIO, <br><br>   Defendants. | C.A. No. 04-cv-11005 RWZ |

## CERTIFICATION PUSUANT TO LOCAL RULE 16.1

Defendant, Transportation Displays, Inc., and its counsel hereby certify that we have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____      7/6/04
Naomi Waltman, Assistant General        Dated
Counsel, CBS Inc. Broadcasting

_____      7/2/04
Mark W. Batten (BBO# 651190)            Dated
PROSKAUER ROSE LLP
One International Place, 14th floor
Boston, MA 02110
Telephone: (617) 526-9600
mbatten@proskauer.com

6880/76665-001  BNLIB1/2888v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on all counsel of record by mail this 8th day of July, 2004.

Mark W. Batten

6880/76665-001 BNLIB1/2888v1