## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

– – – – – – – – – – – – – – – – – – – – – – – – – x

WALTER S. PREBLE,                                  :
                                                   :
                        Plaintiff,                 :
                                                   :
              v.                                   : Civil Action No. 04-11005-RWZ
                                                   :
TRANSPORTATION DISPLAYS, INC., d/b/a               :
VIACOM OUTDOOR, and PAINTERS AND                   :
ALLIED TRADES DISTRICT COUNCIL 35,                 :
IUPAT, AFL-CIO,                                    :
                                                   :
                        Defendants.                :
                                                   :

– – – – – – – – – – – – – – – – – – – – – – – – – x


## INITIAL DISCLOSURES OF DEFENDANT TRANSPORTATION DISPLAYS, INC.

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant Transportation Displays, Inc.

("Defendant") hereby responds to the best of its knowledge at this time, to each of the

disclosure requirements set forth below.

### GENERAL PROCEDURE

1.      The information provided in this Disclosure relates to the claims and defenses as

set forth in the Complaint and Answer of all the parties in the above-captioned action.

2.      Defendant reserves the right to supplement and revise the responses herein as

further responsive information is learned through discovery.

3.      Defendant does not waive, and expressly reserves, its right to object to the

production of any documents or other information identified in the Disclosure Statement to the

extent permitted by law.

## SPECIFIC DISCLOSURES

A.    Individuals with Discoverable Information

Based upon the information available at the present time, Defendant states that the

following are the principal individuals with discoverable information responsive to the

requirements of Fed. R. Civ. P. 26(a)(1)(A):

1.    The following individuals are current or former employees of Defendant who

may have knowledge concerning the facts alleged in the Complaint and/or relevant to the

defenses asserted in the Answer:

Richard MacLean
Joseph Maykis
Edward Ha
Brian Carson
Kenneth Barrus
John Hayes
William Murphy
Magnus Acheampong-Quay
Leo Horne
Thomas Higgins
Alan Brunswick

2.    The following individuals may also have knowledge concerning the facts

alleged in the Complaint and/or relevant to the defenses asserted in the Answer:

Mr. Gatto (first name unknown), employee of the Mass. Bay Transit Authority
Charles E. Fogell, Business Representative of the Union

B.    Categories of Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Defendant hereby provides a description by

category and location of all documents in its possession, custody, or control that may be used to

support its claims and defenses.  All documents are located at the offices of Defendant or of

Defendant's counsel, and most of the documents are also in the possession of the plaintiff or his

counsel:

1.      Exhibits to the Charge of Discrimination filed by the plaintiff at the Massachusetts Commission Against Discrimination ("MCAD")

2.      Exhibits to Defendant's Position Statement filed at the MCAD

3.      Exhibits to the Memoranda of Fact and Law filed by the plaintiff and by the Defendant at the MCAD

4.      Deposition transcript of the plaintiff and of Richard MacLean

5.      Documents contained in plaintiff's personnel file maintained by the Defendant

6.      To the extent not included above, handwritten notes of Richard MacLean

7.      To the extent not included above, documents identified in the disclosure statements filed by other parties

C.      Computation of Damages

Defendant does not seek damages.

D.      Insurance Agreements

Based upon the information available at the present time, there is no applicable

insurance agreement concerning claims against Defendant.

6880/76665-002   BNLIB1/3071v1                                                                07/12/2004 11:22 AM

Respectfully submitted,

TRANSPORTATION DISPLAYS,
INC.

By its attorneys,


/s/ Mark W. Batten_____
Mark W. Batten
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

Dated: July 12, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all
counsel of record, either through the electronic filing process or by first-class mail, postage
prepaid, this 12th day of July, 2004.


/s/Mark W. Batten_____
Mark W. Batten

4