UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
[CLERK'S OFFICE]

2004 JUL 12 P 3: 26

[U.S. DISTRICT COURT
DISTRICT OF MASS]

| | |
|---|---|
| WALTER S. PREBLE,<br>    Plaintiff,<br><br>v.<br><br>TRANSPORTATION DISPLAYS,<br>INCORPORATED, dba<br>VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED<br>TRADES, DISTRICT COUNCIL 35,<br>IUPAT, AFL-CIO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>   NO. 04-11005-RWZ |

**THE PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), the plaintiff makes the following initial disclosures:

A) The plaintiff, Walter S. Preble, the Viacom Manager, Richard MacLean, the Business Agent for the Union, Charles Fogell, and union member, Kevin Barrus, are likely to have information relevant to the disputed facts alleged in this matter. The plaintiff's address is 589 East Fifth Street, South Boston, MA 02127 and his telephone number is 617-269-7537.

B) The relevant documents, as identified pursuant to Local Rule 26.2(A) and F.R.C.P. 26(a) are as follows:

With respect to the defendant, Painters and Allied Trades District Council 35:

1. **The Affidavit of Walter S. Preble** as filed with the Massachusetts Commission Against Discrimination with the four attached exhibits.

2

2. The union **Respondent's Responses To Complainant's Request For Production Of Documents.**

3. The union's notes of the Step 2 grievance hearing.

4. Charles Fogell's notes dated 12/12/01

5. Charles Fogell's notes dated 12/17/01.

6. Charles Fogell's notes dated 12/19/01.

7. Notes of interview with Kenney Burrus.

8. The union's Step 2 grievance notes.

9. Richard MacLean's letters to Charles Fogell with all documents attached, dated December 20, 2001.

10. The January 2, January 4 and February 12, 2001 letters to the plaintiff from his union.

With respect to the defendant, CBS, in addition to the above-described documents:

1. The Viacom notice of discharge, dated 12/12/01.

2. The transcripts of the depositions of Richard MacLean, and Walter S. Preble, with all introduced exhibits; which depositions were conducted as part of predetermination discovery before the Massachusetts Commission Against Discrimination.

3. The **Collective Bargaining Agreement** with TDI Work Rules, between the two defendants.

4. The police officer's confirmation of Mr. Preble's statement to TDI.

5. The Massachusetts Registry of Motor Vehicles' certification of Mr. Preble's driving record.

3

The plaintiff reserves the right to supplement this disclosure document prior to trial with additional documents as they may be discovered or created.

Respectfully submitted,

WALTER S. PREBLE

By his attorney,

Paul L. Nevins
BBO # 369930
47 Church Street
Wellesley, MA 02482
(781) 237-9018

**Certificate of Service**

The undersigned hereby certifies that, on July 9, 2004 served a true copy of the foregoing upon all parties by causing

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
**Feinberg, Campbell & Zack, P.C.**
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

Paul L. Nevins