UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 12 P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WALTER S. PREBLE,<br>    Plaintiff,<br><br>v.<br><br>TRANSPORTATION DISPLAYS,<br>INCORPORATED, dba<br>VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED<br>TRADES, DISTRICT COUNCIL 35,<br>IUPAT, AFL-CIO,<br>    Defendants | CIVIL ACTION<br>NO. 04-11005 RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The plaintiff and his counsel hereby certify that we have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in local Rule 16.4

_____          7/9/04
Walter S. Preble                         Dated
Plaintiff

_____          7/12/04
Paul L. Nevins                           Dated
47 Church Street
Wellesley, MA 02482
Tel: 781-237-9018
NevinsP@aol.com

2

**Certificate of Service**

The undersigned hereby certifies that, on July 9, 2004 served a true copy of the foregoing upon all parties by causing

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
**Feinberg, Campbell & Zack, P.C.**
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

_____
Paul L. Nevins