# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

*FILED*
*CLERK'S OFFICE*
*2004 JUL 12  P 3: 33*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

July 9, 2004

Civil Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA  02110

    Re:    Painters and Allied DC #35 v. Walter Preble

Dear Sir or Madam:

    Enclosed please find the certified pleadings from Suffolk Superior Court for the above-captioned matter.

                                          Very truly yours,

                                          Jonathan M. Conti

JMC/klb
Enclosure

F:\LABOR\Painters District Council No. 35\Preble, Walter\Letters\Clerk, USDC ltr 7.9.04.doc

# Commonwealth of Massachusetts

SUFFOLK, ss.



FILED
CLERK'S OFFICE
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
2004 JUL 12 P 3: 33
No. 04-1466 B
U.S. DISTRICT COURT
DISTRICT OF MASS.

Walter S. Preble
_____, Plaintiff(s)

v.

Transportation Displays, Inc. d/b/a Viacom Outdoor and
Painters and Allied Trades, District Council 35, IUPAT, AFL-CIO
_____, Defendant(s)

## SUMMONS

To the above-named Defendant: Transportation Displays, Inc. dba Viacom Outdoor

You are hereby summoned and required to serve upon Paul L. Nevins

plaintiff's attorney, whose address is 47 Church St., Wellesley, MA 02482, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the Eighth day of April, in the year of our Lord two thousand Four.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

HEREBY ATTEST AND CERTIFY ON
MAY 20, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK

MAS-20030912                                                                                                    05/19/2004
guen                     **Commonwealth of Massachusetts**                                                       10:56 AM
                              SUFFOLK SUPERIOR COURT
                                    Case Summary
                                     Civil Docket

                                                                            FILED
                                                                        ...INGS OFFICE

                              **SUCV2004-01466**
                    **Preble v Transportation Displays Inc et al**  2004 JUL 12 P 3: 33

| File Date   | 04/07/2004 | Status        | Disposed: transfered to other court (dtrans) |                              |
|-------------|------------|---------------|----------------------------------------------|------------------------------|
| Status Date | 05/19/2004 | Session       | B - Civil B                                  | U.S. DISTRICT COURT          |
| Origin      | 1          | Case Type     | B22 - Employment Discrimination              | DISTRICT OF MASS.            |
| Lead Case   |            | Track         | F                                            |                              |

| Service   | 07/06/2004 | Answer      | 09/04/2004 | Rule12/19/20 | 09/04/2004 |
|-----------|------------|-------------|------------|--------------|------------|
| Rule 15   | 09/04/2004 | Discovery   | 02/01/2005 | Rule 56      | 03/03/2005 |
| Final PTC | 04/02/2005 | Disposition | 06/01/2005 | Jury Trial   | Unknown    |

### PARTIES

**Plaintiff**
Walter S Preble
Active 04/07/2004

**Private Counsel 369930**
Paul L Nevins
47 Church Street
Wellesley, MA 02482
Phone: 781-237-9018
Fax: 781-237-5765
Active 04/07/2004 Notify

**Defendant**
Transportation Displays Inc
Served: 04/15/2004
Served (answr pending) 05/11/2004

**Defendant**
Viacom Outdoor
Service pending 04/07/2004

**Defendant**
Painters & Allied Trades District Council 35IUPAT
AFL-CIO
Service pending 04/07/2004

**Private Counsel 161400**
Michael A Feinberg
Feinberg Campbell & Veck
177 Milk Street
Boston, MA 02109
Phone: 617-338-1976
Fax: 617-338-7070
Active 05/19/2004 Notify

MAS-20030912                                                                    05/19/2004
guen                    **Commonwealth of Massachusetts**                       10:56 AM
                             SUFFOLK SUPERIOR COURT
                                   Case Summary
                                   Civil Docket

## SUCV2004-01466
### Preble v Transportation Displays Inc et al

|  | Private Counsel 657163 |
|---|---|
|  | Jonathan M Conti |
|  | Feinberg Campbell & Veck |
|  | 177 Milk Street |
|  | Boston, MA 02109 |
|  | Phone: 617-338-1976 |
|  | Fax: 617-338-7070 |
|  | Active 05/19/2004 Notify |

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 04/07/2004 | 1.0 | Complaint |
| 04/07/2004 |  | Origin 1, Type B22, Track F. |
| 04/07/2004 | 2.0 | Civil action cover sheet filed |
| 05/11/2004 | 3.0 | SERVICE RETURNED: Transportation Displays Inc(Defendant) (In hand on 4/15/04) |
| 05/19/2004 |  | Certified copy of petition for removal to U. S. Dist. Court of Deft. Painters and Allied Trades District Council No. 35 U. S. Dist.#(04-11005RWZ). |
| 05/19/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON

MAY 20, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
        ASSISTANT CLERK.