## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,<br><br>                      Plaintiff,<br><br>        v.<br><br>TRANSPORTATION DISPLAYS, INC.,<br>d/b/a VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL 35, IUPAT,<br>AFL-CIO,<br><br>                    Defendants. | Civil Action No. 04-11005-RWZ |

## DEFENDANT TRANSPORTATION DISPLAYS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, defendant Transportation Displays, Inc., d/b/a Viacom Outdoor ("TDI") hereby respectfully moves for summary judgment on all counts of the Verified Complaint. There is no genuine issue of material fact and TDI is entitled to judgment as a matter of law.

The grounds for this motion are more fully set forth in the accompanying memorandum of law, statement of material facts not in dispute, and the Declaration of Mark W. Batten, which submits the plaintiff's deposition transcript and two exhibits from that deposition.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), TDI respectfully requests that the Court permit oral argument on this motion.

6880/76665-002   BNLIB1/7034v1

Respectfully submitted,

TRANSPORTATION DISPLAYS, INC.

By its attorneys,

/s/ Mark W. Batten_____
Mark W. Batten, BBO #566211
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

Dated: November 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 3rd day of November, 2004.

/s/Mark W. Batten_____
Mark W. Batten