## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,<br><br>                Plaintiff,<br><br>      v.<br><br>TRANSPORTATION DISPLAYS, INC.,<br>d/b/a VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL 35, IUPAT,<br>AFL-CIO,<br><br>                Defendants. | Civil Action No. 04-11005-RWZ |

## DECLARATION OF MARK W. BATTEN

I, Mark W. Batten, hereby depose and state:

1. I am counsel to defendant Transportation Displays, Inc., d/b/a Viacom Outdoor ("TDI") in this action. I make this declaration on personal knowledge.

2. Attached hereto at Tab A is a true and correct copy of excerpts from the deposition of plaintiff Walter S. Preble, which was taken in this action on August 24, 2004.

3. Attached hereto at Tab B is a true and correct copy of a map that I prepared and that was marked in the Preble Deposition as Exhibit 2.

4. Attached hereto at Tab C is a true and correct copy of a memo from Richard MacLean to Walter Preble that was marked in the Preble Deposition as Exhibit 1.

6880/76665-002 BNLIB1/7220v1

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark W. Batten_____
Mark W. Batten, BBO #566211
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

Dated: November 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 3rd day of November, 2004.

/s/Mark W. Batten_____
Mark W. Batten