To: Walter Preble
Fm: Richard MacLean
Date: Feb 15, 01

Subject: **Letter Of Suspension**

As you know, last October a complaint was made to the Randolph police alleging essentially that you had passed another vehicle at a high rate of speed in apparent retaliation for that vehicle driving too slow to suit you. The other operator also claimed you cut him off suddenly and may in fact have come in contact with his vehicle.

After investigating, the police declined to prosecute because they could find no evidence that the vehicles had made contact and because no police officer had personally witnessed the incident. Basically, it was your word against the other operator.

At the time I told you that it sounded like road rage to me and that should a similar event occur in the future (while you were operating a TDI vehicle) you would be disciplined and perhaps even discharge.

Yesterday I learned of a second incident which again can only be termed as road rage. This time you were angry because an operator in the lane to your right would not let you turn right in front of him. Instead of stopping or slowing down your vehicle and simply letting the other operator drive off you elected to chase after him with the TDI truck. When you caught up with him you initiated a verbal altercation.

To make matters worse, the other operator turned out to be an MBTA employee. In case you have forgotten, under TDI's franchise agreement with the MBTA all TDI employees are subject to MBTA rules while on T property. If the MBTA chose to ban a TDI employee from their property (i.e. for misconduct or unsafe work habits) that employee would automatically be out of a job. And, if you think that misconduct off the job can't result in termination because it is "off the job", you better think again because it can.

In this instant case, it is clear that you chose to let your anger get the better of you again causing a non-issue to escalate into a dangerous pursuit of the other operator and then a verbal confrontation. As a result you will be suspended without pay for one (1) week starting Friday, 2/16/1 and ending Thursday, 2/22/01.

Be advised that any similar misconduct be it of the road rage variety, unsafe operation of a company vehicle or a confrontation with an MBTA employee will result in immediate dismissal from work.

As you know, the company has a contract with Modern Assistance Programs of Quincy to provide employee assistance services. Although I cannot order you to seek counseling, I strongly advise you to contact Modern Assistance and see if you can get the help you obviously need to deal with your anger.

_____
Richard MacLean (Operations Manager)

**TDI**