UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,<br>    Plaintiff,<br><br>v.<br><br>TRANSPORTATION DISPLAYS,<br>INCORPORATED, dba<br>VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED<br>TRADES, DISTRICT COUNCIL 35,<br>IUPAT, AFL-CIO,<br>    Defendants | **CIVIL ACTION**<br>**NO. 04-11005 RWZ** |

**THE PLAINTIFF'S ASSENTED-TO MOTION TO
EXTEND THE TIME TO FILE A RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Walter Preble, who requests that this Court permit him to extend the time to file his response to the summary judgment motion of the defendant, Transportation Displays, Inc., until November 24, 2004.

As grounds therefor, the plaintiff says:

1. His attorney has been meeting, almost non-stop, various court-imposed deadlines in other cases during the past month.

2. His attorney has made substantial progress in preparing a response to the defendant's motion for summary judgment, which was filed electronically on November 3, 2004.

3. The plaintiff's counsel was not informed of the filing of the summary judgment motion prior to its electronic filing.

4. Because of on-going problems with the attorney's ECF registration, actual notice was not received until later and the plaintiff's counsel was not able to download the summary judgment documents until November 8, 2004.

2

5.   Counsel for both defendants have graciously assented to this motion.

WHEREFORE, the plaintiff prays that the Court grant this request.

                                  Respectfully submitted,

                                  WALTER S. PREBLE

                                  By his attorney,

                                  /s/ Paul L. Nevins

                                  Paul L. Nevins
                                  BBO # 369930
                                  47 Church Street
                                  Wellesley, MA 02482
                                  (781) 237-9018

**Certificate of Service**

The undersigned hereby certifies that, on November 18, 2004, 2004, he served a true copy of the foregoing upon all parties by causing it to be sent, via first class mail, postage prepaid, to:

                Michael A. Feinberg, Esquire
                Jonathan M. Conti, Esquire
            **Feinberg, Campbell & Zack, P.C.**
                     177 Milk Street
                     Boston, MA 02109

and:

                 Mark W. Batten, Esquire
                   **Proskauer Rose LLP**
                One International Place
                   Boston, MA 02110

                 /s/ Paul L. Nevins
                    Paul L. Nevins