## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-11005-RWZ**

| | |
|---|---|
| WALTER S. PREBLE, | ) |
|   Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TRANSPORTATION DISPLAYS, INC. | ) |
| d/b/a VIACOM OUTDOOR, and | ) |
| PAINTERS AND ALLIED TRADES | ) |
| DISTRICT 35, IUPAT, AFL-CIO, | ) |
|   Defendants | ) |

## AFFIDAVIT OF PAUL L. NEVINS

I, Paul L. Nevins, upon oath, do depose and state as follows:

1. I am admitted to practice as an attorney within the Commonwealth of Massachusetts and in the federal courts; and I am in good-standing.

2. I am the attorney for the plaintiff, Walter Preble, in this civil action.

3. Exhibit 1 attached hereto is a true copy of the **Affidavit of Walter S. Preble**, which he filed with the Massachusetts Commission Against Discrimination.

4. Exhibit 2 attached hereto is a copy of the **Verified Complaint** which Walter Preble filed in this action.

5. Exhibit 3 attached hereto is a copy of the except of the collective bargaining agreement between Transportation Displays and the union which contains the seniority roster and the negotiated work rules.

6. Exhibit 4 is a true copy of the roster of employees with their ages, which roster was produced by the defendant during predetermination discovery while

2

Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

7.      Exhibit 5 is a copy of the **Deposition of Richard MacLean**, which was taken during predetermination discovery while Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

8.      Exhibit 6 is a copy of the **Deposition of Walter Preble**, which was taken during predetermination discovery while Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

9.      See Exhibit 7 attached hereto are the notes of Charles Fogell, Business Agent of Mr. Preble's union, of his initial review of Walter Preble's termination.

10.     Exhibit 8 is a true copy of the personnel notes pertaining to Blake Beath, which were produced by the defendant during predetermination discovery while Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

11.     Exhibit 9 is a true copy of the personnel notes pertaining to Hak Ok, which were produced by the defendant during predetermination discovery while Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

12.     Exhibit 10 is a true copy of the personnel notes pertaining to John Benoit, which were produced by the defendant during predetermination discovery while Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

3

13.    Exhibit 11 is a true copy of the personnel notes pertaining to David Long, which were produced by the defendant during predetermination discovery while Mr. Preble's charges were pending before the Massachusetts Commission Against Discrimination.

Sworn to under the pains and penalties of perjury this 20th day of November, 2004.

Paul L. Nevins

4

## Certificate of Service

The undersigned hereby certifies that, on November 24, 2004, he served a true copy of the foregoing upon all parties by causing the copies sent electronically and to be deposited in the United States Mail postage prepaid, addressed to:

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

   /s/ Paul L. Nevins   
Paul L. Nevins