UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11005-RWZ

| | |
|---|---|
| WALTER S. PREBLE,<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TRANSPORTATION DISPLAYS, INC.<br>d/b/a VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED TRADES<br>DISTRICT 35, IUPAT, AFL-CIO,<br>  Defendants | )<br>)<br>)<br>)<br>) |

### SUPPLEMENTARY AFFIDAVIT OF PAUL L. NEVINS

I, Paul L. Nevins, upon oath, do depose and state as follows:

1. I am admitted to practice as an attorney within the Commonwealth of Massachusetts and in the federal courts; and I am in good-standing.

2. I am the attorney for the plaintiff, Walter Preble, in this civil action.

3. Exhibit 1 attached hereto is a true copy of a report of an at-fault driving accident caused by TDI employee, Brian Carson.

4. Exhibit 2 attached hereto is a true copy of a report of an at-fault driving accident caused by TDI employee, Kenny Barrus.

5. Exhibit 3 attached hereto is a true copy of a report of an at-fault driving accident caused by TDI employee, Thomas Higgins.

Sworn to under the pains and penalties of perjury this 24th day of November, 2004.

_____
Paul L. Nevins

2

**Certificate of Service**

The undersigned hereby certifies that, on November 24, 2004, he served a true copy of the foregoing upon all parties by causing the copies sent electronically and to be deposited in the United States Mail postage prepaid, addressed to:

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

   /s/ Paul L. Nevins
Paul L. Nevins
