EXHIBIT 9

3/8/02    10:30 PM.

Hak Ok was a no show/no call last night - Shift was 10:00 PM to 6:00 AM. Did not receive call from him until 10:00 AM. He spoke to Ed. Ha - telling him he had car trouble.

Called Hak into office and asked him why no call until 10:00 AM - He said his wife's car broke down in Norwalk Conn and he didn't get home until 4:00 AM. I asked him what that had to do with not making a call either before 10:00 PM or after 10:00 PM - reminded him he knew about rule for calling in - that work assignments might have to be changed and his not calling before hand put all on hold until determination can be made whether he will get there or not. Told him I should suspend you right here + now but wouldn't. but he should now know without doubt next infraction is a definite suspension - any further beyond that will be an immediate dismissal.
Hok was apologetic but also same story as how he's got it rough.

Asked me if he could take last night as a sick day - I told him no - he wouldn't be learning anything that way - and I have a whole crew to think about - I have to be as fair & consistent to all as best as possible.

Wah does have it tough - six kids & all - Doesn't seem to have enough left over from pay to keep his two cars in repair but a lot of this seems to be the choices he makes - not letting his wife work and sending four of his kids to private schools.

*EXHIBIT 10*



## BOSTON MEMO

**TO:** John Benoit

**FROM:** Richard MacLean

**DATE:** May 20, 2002

**SUBJECT: Written Warning – No Call/No Show:**

On Thursday night, May 16, 2002, you did not call in nor did you show up for your regular assigned shift. Let this memo serve as written warning that a second offence of this nature will result in a suspension and the third offence would result in immediate dismissal.

Richard MacLean

Operations Manager

45 Teed Drive, Randolph, MA 02368
781-961-5292 Fax: 781-961-3157

John Benoit —

John called into Leo Tuesday night 5/14/02 and told him he was having car problems & wouldn't make it — put him in for sick day.

Wednesday - 5/15 I called John & told him car problems were not an excuse for a night off — that he could make it in even if he were late & that since he knew he was having trouble — start for work early enough to be here on time. He said he was having major family problems along with the car troubles and asked if he could take last night & tonight as vacation — that he'd have transportation for sure for Thursday night 5/16. In lieu of his problems & so that he wouldn't lose the money I said O.K. but understand — from here on out you must make every effort to be here on time.

5/16/02 John was a no call/no show.

5/17/02 I called John — told him he had been warned about this in the past and that a written warning was being issued for a no call/no show.

John said he understood & was apologetic —
promised it would never happen again —
I asked him if with all the problems did
he talk ~~to~~ Paul McDevitt & he said he
had a call into him then.
I issued the letter of warning today
and sincerely hope it gets the message
to John that he has to be responsible
enough to get here on time or be darn
sure he calls in if he isn't.

2

# EXHIBIT 11

# VIACOM
## O U T D O O R

### BOSTON MEMO

**TO:**  David Long

**FROM:**  Richard MacLean

**DATE:**  May 28, 2002

**SUBJECT: Written Warning – No Call/No Show:**

On Tuesday night 5/27/02 you did not report for your regular work shift nor did you call to notify that you would be absent. Let this memo serve as Written Warning that a second offence of this nature will result in a suspension and a third offence would result in immediate dismissal.

Richard MacLean

Operations Manager

**45 Teed Drive, Randolph, MA 02368**
**781-961-5292 Fax: 781-961-3157**



*Boston Operations*

TO:        David Long
FROM:    Richard MacLean
DATE:     June 4, 2002

SUBJECT:  Letter of Suspension:

On July 16, 2001, after a number of verbal warnings, you were issued a Written Warning of Excessive Absenteeism. At that time you were told that should this behavior continue, you would be suspended with no pay.

Since then you have been out of work on eight separate, one shift, absences. Six of these days have been a Monday or Friday shift and one day was the shift following a holiday. For this reason I am suspending you for the following three days, June 6, 7 and 10, 2002.

Additionally, any future absences will require written medical substantiation of your illness or incapacity as a condition to paying for any sick leave.

Any further continuance of excessive or unwarranted absences will result in termination of your employment.

Sincerely,

Richard MacLean
Operations Manager

*D,L*

cc: Kenneth Barrus

45 Teed Drive
Randolph, MA. 02368

5

6

Case 1:04-cv-11005-RWZ    Document 34-4    Filed 11/24/2004    Page 13 of 16

8

9

10