UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11005-RWZ

WALTER S. PREBLE,
   Plaintiff

v.

TRANSPORTATION DISPLAYS, INC.
d/b/a VIACOM OUTDOOR, and
PAINTERS AND ALLIED TRADES
DISTRICT 35, IUPAT, AFL-CIO,
   Defendants

## SUPPLEMENTARY AFFIDAVIT OF PAUL L. NEVINS

I, Paul L. Nevins, upon oath, do depose and state as follows:

1. I am admitted to practice as an attorney within the Commonwealth of Massachusetts and in the federal courts; and I am in good-standing.

2. I am the attorney for the plaintiff, Walter Preble, in this civil action.

3. Exhibit 1 attached hereto is a true copy of a report of an at-fault driving accident caused by TDI employee, Brian Carson.

4. Exhibit 2 attached hereto is a true copy of a report of an at-fault driving accident caused by TDI employee, Kenny Barrus.

5. Exhibit 3 attached hereto is a true copy of a report of an at-fault driving accident caused by TDI employee, Thomas Higgins.

Sworn to under the pains and penalties of perjury this 24th day of November, 2004.

_____
Paul L. Nevins

2

## Certificate of Service

The undersigned hereby certifies that, on November 24, 2004, he served a true copy of the foregoing upon all parties by causing the copies sent electronically and to be deposited in the United States Mail postage prepaid, addressed to:

>Michael A. Feinberg, Esquire
>Jonathan M. Conti, Esquire
>Feinberg, Campbell & Zack, P.C.
>177 Milk Street
>Boston, MA 02109

and:

>Mark W. Batten, Esquire
>**Proskauer Rose LLP**
>One International Place
>Boston, MA 02110

_/s/ Paul L. Nevins_
Paul L. Nevins

# SUPPLEMENTARY EXHIBIT 1

# SUPPLEMENTARY EXHIBIT 2

1/31/02 - 9:40 AM      Kenny Barrus

FILED
IN CLERKS OFFICE
2004 NOV 24  P 12
[DIST]RICT COU[RT]
DISTRICT OF MAS[S]

Came into office & Asked me if I could help him out - he's getting stressed out - I Asked what's wrong & he said could I see you outside - I followed him out rear door to parking area - on the way out he said - the truck slid on the sand & ice & I hit the wall. I told him take it easy - the damage is already done - let's see how bad it is. It was. Van # B-1. The damage is to the Left Rear, bottom of panel adjacent to rear bumper & Top Left Corner of rear bumper. (Photos Attached) I told Ken from the way it looks as with most accidents it was inattention - you should have seen how close you were to the wall using the mirrors - you may have been backing too fast. This will probably mean a Driver retraining course. It's usually 4-8 hours - on your time - we'll pay for the course. He said he didn't understand how it happened - he never has accidents - I told him you made a mistake & hopefully we learn from them. I told him to fill out accident report & give it to me at end of shift. He asked if he could drive & I said yes.
I had given the monthly safety course just this morning and had opportunity to observe Kenny. He was fine. I've ~~driven~~ Ridden with Kenny on

a number of occasions and found him on the whole to be a cautious safe driver.

*[signature]*

Wednesday 2/12/03 - Kenny Barras.

Kenny asked if he could speak to me and said he didn't understand why he had to take the training course, he said other guys have had accidents + some lied and they didn't. I said Ken you had an at fault accident + and Dorai says you must take the course - in fact anyone - Ed - myself - any one having an at fault accident will be required to take this course. He said yeah but I feel that you said you had an open door policy + I came to you + told you about hitting the wall, I didn't have to, I could have just not said anything - others have - and now I feel like you ratted me out. I told Ken - if you had lied you would have been in big trouble - and my having an open door policy had nothing to do with him having comes in + telling me when he hit the wall - I said Ken - I think your an honest man + don't make a habit of lying + that is the reason you told me. + I said others have had accidents but didn't have to go - the cube truck busted tire - I said Ken that was my fault

I had to get repairs done on banners and I told them to jump the sidewalk. He said there was a lot more damage to the tire than just a sidewalk bump. The guy at the tire place said they hit something real hard + that there is probably other damage to the front end. I said why didn't you tell me that then - it seems alful late now to do anything about it. He said he didn't want to rat anyone out. He said Borai had an accident - and he didn't go. I told Ken - he probably should have + that was my fault for trying to keep from sending guys for their first infraction if the damage was minor. He said I could fix the truck or it could be done a lot cheaper.

I said Ken - it's not the way it is going to be - anyone ~~most~~ having an at ~~fault~~ accident will take this course me included.

He said O.K. but I see your getting red + I don't want anything to happen to you - I said Ken don't worry about my health - it's fine - I don't have heart problem - + my hair loss has

nothing to do with cancer or anything so anything you have to say – say it. He went out & came back in and asked if the letter of discipline would be removed from his file after 1 year – like does Tommy's come out after a year. He said something about this being a bad winter & it shouldn't be held against him – I told him yes barring anything further I would & have removed disciplinary letters after the year.

*SUPPLEMENTARY EXHIBIT 3*



# VIACOM
## OUTDOOR

**BOSTON MEMO**

**TO:** Thomas Higgins

**FROM:** Richard MacLean

**DATE:** May 26, 2002

**SUBJECT: Letter of Warning – Future At Fault Accidents:**

On Friday morning, 5/17/02 at approximately 4:00 AM, at the MBTA's Reservoir Maintenance Facility, you, by your own admission, struck an upright I beam barrier while backing up Company Vehicle #B3. Company policy requires that any employee involved in an at fault accident while on Company time or while operating a company vehicle must then complete a state recognized Driver Retraining Course. The fees for this course will be paid by Viacom, but the course, normally an 8 hour course given in two 4 hour sessions must be completed on your own time with no compensation. To schedule a driver retraining course, call the National Safety Council at 1-800-215-1581 during normal business hours. This course must be scheduled and completed in a timely manner.

In addition, any future at fault accidents, depending upon the severity and or circumstances will result in a minimum three day suspension with out pay.

Richard MacLean
Operations Manager

45 Teed Drive, Randolph, MA 02368
781-961-5292 Fax: 781-961-3157

Brian Carson - Monday 10/14/02

Because he took responsibility & admitted his fault on the damaged tire Friday the 11th. And because of the weather conditions - heavy rains + winds - I decided a verbal warning - which if will repeat in a week or so will suffice - The verbal is next incident - he will attend ~~retra~~ driver retraining & depending upon severity a possible suspension.

# DRIVER'S REPORT OF ACCIDENT

## ACCIDENT INFORMATION

| DATE OF ACCIDENT | TIME OF ACCIDENT | |
|---|---|---|
| 10/11/02 | 2:15 | ☒ P.M. |

PLACE OF ACCIDENT (ST. OR HIGHWAY, CITY OR TOWN & STATE):

DESCRIPTION OF ACCIDENT:

## YOUR VEHICLE INFORMATION

| YEAR | MAKE | MODEL | PLATE NO. | STATE |
|---|---|---|---|---|
| 2000 | Chevy | Astro Cargo | 149-969 | MA |

VIN (VEHICLE I.D. NO.): 1GCDM19W1YB114186   COLOR: White

OWNER OF VEHICLE: Associates Leasing Inc.

OWNER'S ADDRESS: 2312 Trinity Mill Rd, Carrolton, TX 75006

DRIVER'S NAME: Brian Carson   TELEPHONE NO.: 781-344-2513

ADDRESS: 370 Pleasant St, Stoughton, MA 02072

| AGE | SOC. SEC. NO. | DRIVER'S LICENSE NO. | STATE |
|---|---|---|---|
| 22 | 031 60 3596 | 031 60 3596 | MA |

DESCRIPTION OF DAMAGE: Cut sidewall of Right Front Tire

LOCATION OF VEHICLE (NAME, PHONE, ADDRESS): 45 Teed Drive, Randolph, MA 02368   781-961-5292

## OTHER VEHICLE INFORMATION

(blank)

## WITNESSES

*It is important to get as many as possible!*

1. NAME / ADDRESS / TELEPHONE NO.
2. NAME / ADDRESS / TELEPHONE NO.
3. NAME / ADDRESS / TELEPHONE NO.

## POLICE INVESTIGATION

WERE POLICE NOTIFIED? ☒ NO

## INJURED PERSONS

1. (blank)
2. (blank)
3. (blank)

## DAMAGE TO PROPERTY

1. (blank)
2. (blank)

## IN CASE OF A MOTOR VEHICLE ACCIDENT

*(Please Keep This Brochure In Your Glove Compartment)*

### Here's What to Do

1. Take precautions necessary to protect the scene of the accident from further accidents.

2. Call the police. If someone is injured, request medical assistance. If fire is involved, request fire department aid.

3. Answer police questions. Give identifying information to other parties involved, but make no comments about assuming responsibility.

4. Complete the DRIVER'S REPORT OF ACCIDENT portion of this brochure. You will need this information later for state and insurance reports.

5. As soon as possible, report the accident to your Operations Manager and/or your Leadman.

Published in the interest of safety by

**Travelers**PropertyCasualty
A member of citigroup

The Travelers Insurance Companies
Hartford, Connecticut 06183

CP-4478 New 10-94. Printed in U.S.A.

---

## THE TRAVELERS TELEPHONE REPORTING

Commercial Lines Claim

It's fast...
It's easy...
It's paperless.

Telephone Reporting - 1-800-832-7839

When reporting this accident, your Customer Service Representative will complete the notice of loss by asking you the necessary questions. Please have ready the information from the Driver's Report of Accident in this brochure.

Before you hang up, the Customer Service Representative will give you a claim or reference number. Using this claim number will help expedite the handling the rest of the claim. Please include the claim number with all future correspondence.

Claim Number: _____

**Travelers**PropertyCasualty
A member of citigroup