UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11005-RWZ

WALTER S. PREBLE, )
  Plaintiff )
)
v. )
)
TRANSPORTATION DISPLAYS, INC. )
d/b/a VIACOM OUTDOOR, and )
PAINTERS AND ALLIED TRADES )
DISTRICT 35, IUPAT, AFL-CIO, )
  Defendants )

## PLAINTIFF'S CROSS-MOTION TO STRIKE THE DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

Now comes the plaintiff, Walter Preble, who, pursuant to Fed.R. Civ .P. 56 (e), moves to strike the purported **Defendants' Statements Of Undisputed Facts** at Number 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 36, 37, 38, 42, 43, 47, 48, 51, 53 and 54 of the defendant's purported **Statement of Undisputed Material Facts.** As grounds therefor, the plaintiff relies upon the objections set forth in response to each of the defendant's statements to which he has objected.

WHEREFORE, for all of the above-stated reasons, the plaintiff's motion to strike must be granted as a matter of law.

2

Respectfully submitted,

WALTER S. PREBLE

By his attorney,

*[signature]*
Paul L. Nevins
BBO # 369930
47 Church Street
Wellesley, MA 02482
(781) 237-9018

### Certificate of Service

The undersigned hereby certifies that, on November 24, 2004, he served a true copy of the foregoing upon all parties by causing it to be sent electronically and, via first class mail, postage prepaid, to:

Michael A. Feinberg, Esquire
Jonathan M. Conti, Esquire
**Feinberg, Campbell & Zack, P.C.**
177 Milk Street
Boston, MA 02109

and:

Mark W. Batten, Esquire
**Proskauer Rose LLP**
One International Place
Boston, MA 02110

*[signature]*
Paul L. Nevins