## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,<br><br>                Plaintiff,<br><br>      v.<br><br>TRANSPORTATION DISPLAYS, INC.,<br>d/b/a VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL 35, IUPAT,<br>AFL-CIO,<br><br>                Defendants. | Civil Action No. 04-11005-RWZ |

### ASSENTED-TO MOTION FOR LEAVE TO SUBMIT REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

     Pursuant to Local Rule 7.1(B)(3), defendant Transportation Displays, Inc. ("TDI") respectfully requests leave of court to submit a nine-page reply brief in support of its motion for summary judgment. TDI requests such leave because the plaintiff's opposition papers include new evidence and arguments not addressed in TDI's original moving papers, including, for the first time, a description of the basis for the plaintiff's retaliation claim in Count 4 of the Verified Complaint. TDI submits that its reply will be helpful to the Court in that the brief will make clear TDI's position on the issues presented by both sides with respect to the summary judgment motion.

     Counsel for the plaintiff has assented to TDI's request.

     WHEREFORE, TDI respectfully requests that its motion be granted, and that the Court permit TDI to file the attached reply brief.

6880/76665-002 BNLIB1/8298v1

Respectfully submitted,

TRANSPORTATION DISPLAYS, INC.

By its attorneys,

/s/ Mark W. Batten_____
Mark W. Batten, BBO #566211
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

Dated: December 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 1st day of December, 2004.

/s/Mark W. Batten_____
Mark W. Batten