UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSPORTATION DISPLAYS, )<br>INCORPORATED, dba )<br>VIACOM OUTDOOR, and )<br>PAINTERS AND ALLIED )<br>TRADES DISTRICT COUNCIL 35, )<br>IUPAT, AFL-CIO, )<br>)<br>Defendants. )<br>) | C.A. No. 04-cv-11005 RWZ |

## DEFENDANT PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Painters and Allied Trades District Council No. 35 hereby moves the Court to enter judgment in its favor as a matter of law. In support of its motion, Defendant submits the attached Memorandum of Law.

Respectfully submitted

For the Defendant
PAINTERS AND ALLIED
TRADES DISTRICT COUNCIL
NO. 35
By its Attorney,

Jonathan M. Conti
BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated this 17th of December, 2004.

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

_____
Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Paul L. Nevins, Esq., 47 Church Street, Wellesley, MA 02482, and to Mark W. Batten, Esq., Proskauer Rose LLP, One International Place, Boston, MA 02110.

Dated this 17th day of December, 2004.

_____
Jonathan M. Conti

2