UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER S. PREBLE,            ) | **CIVIL ACTION** |
|     Plaintiff,               ) | **NO. 04-11005 RWZ** |
|                              ) | |
| v.                           ) | |
|                              ) | |
| TRANSPORTATION DISPLAYS,     ) | |
| INCORPORATED, dba            ) | |
| VIACOM OUTDOOR, and          ) | |
| PAINTERS AND ALLIED          ) | |
| TRADES, DISTRICT COUNCIL 35, ) | |
| IUPAT, AFL-CIO,              ) | |
|     Defendants                 | |

**THE PLAINTIFF'S ASSENTED-TO MOTION TO
EXTEND THE TIME TO FILE A RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Walter Preble, who requests that this Court permit him to extend the time to file his response to the summary judgment motion of the defendant, Painters and Allied Trades, District Counsel 35, IUPAT, AFL-CIO, until January 17, 2005.

As grounds therefor, the plaintiff says:

1. The plaintiff's counsel was absent from the United States from December 17, 2004 until January 2, 2005. He and his wife spent the Christmas holidays with their younger daughter who is a student in Madrid.

2. As the plaintiff's counsel is a sole-practitioner, he must now face the inevitable consequences for his having taken a two-week vacation.

3. The plaintiff's counsel has made substantial progress in preparing a response to the defendant's motion for summary judgment, which was filed electronically on December 17, 2004.,

2

2004.

4.  Counsel for both defendants have graciously assented to this motion.

WHEREFORE, the plaintiff prays that the Court grant this request.

>
> Respectfully submitted,
>
> WALTER S. PREBLE
>
> By his attorney,
>
> /s/ Paul L. Nevins
>
> Paul L. Nevins
> BBO # 369930
> 47 Church Street
> Wellesley, MA 02482
> (781) 237-9018

**Certificate of Service**

The undersigned hereby certifies that, on January 6, 2005, he served a true copy of the foregoing upon all parties by causing it to be sent, via first class mail, postage prepaid, to:

> Michael A. Feinberg, Esquire
> Jonathan M. Conti, Esquire
> **Feinberg, Campbell & Zack, P.C.**
> 177 Milk Street
> Boston, MA 02109

and:

> Mark W. Batten, Esquire
> **Proskauer Rose LLP**
> One International Place
> Boston, MA 02110
>
> /s/ Paul L. Nevins
> _____
> Paul L. Nevins