UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11005-RWZ

| | |
|---|---|
| WALTER S. PREBLE,<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TRANSPORTATION DISPLAYS, INC.<br>d/b/a VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED TRADES<br>DISTRICT 35, IUPAT, AFL-CIO,<br>  Defendants | )<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF PAUL L. NEVINS IN RESPONSE TO THE
MOTION OF THE DEFENDANT UNION FOR SUMMARY JUDGMENT**

I, Paul L. Nevins, upon oath, do depose and state as follows:

1. I am admitted to practice as an attorney within the Commonwealth of Massachusetts and in the federal courts; and I am in good-standing.

2. I am the attorney for the plaintiff, Walter Preble, in this civil action.

3. Exhibit 1 attached hereto is a true copy of a position statement of the union which was filed with the Massachusetts Commission Against Discrimination.

4. Exhibit 2 attached hereto is a true copy of complete transcript of the deposition of Walter Preble in this action.

5. Exhibit 3 attached hereto is a true copy of document response of the union to a predetermination discovery request by Walter Preble when this matter was before the Massachusetts Commission Against Discrimination.

2

6.     Exhibit 4 attached hereto is a true copy of complete transcript of the deposition of the union business agent, Charles E. Fogell, in this action.

7.     Exhibit 5 attached hereto is a true copy of complete transcript of the deposition union steward, Kenneth Barrus, in this action.

8.     Exhibit 6 attached hereto are the notes taken by the union business agent, Charles E. Fogell, at the step I grievance hearing in response to Walter Preble's discharge.

9.     Exhibit 7 attached hereto are the notes taken by the TDI's  manager, Richard MacLean, at the step I grievance hearing in response to Walter Preble's discharge.

10.    Exhibits  8 and 9 attached hereto are the notes taken by the company's manager, Richard MacLean,  after a private conversation with the union steward, Kenneth Barrus, on the afternoon after the step I grievance hearing in response to Walter Preble's discharge.

11.    Exhibit 10 attached hereto are the notes taken by Charles Fogell with the  union steward, Kenneth Barrus, the day before the step 2 grievance hearing in response to Walter Preble's discharge.

12.    Exhibit 11 attached hereto are the notes taken by Charles Fogell during the step  2 step hearing in response to Walter Preble's discharge.

   Sworn to under the pains and penalties of perjury this   day of January, 2005.

                                        /s/ Paul L. Nevins
                                        Paul L. Nevins

3

        Respectfully submitted,

        WALTER S. PREBLE

        By his attorney,

        /s/ Paul L. Nevins

        Paul L. Nevins
        BBO # 369930
        47 Church Street
        Wellesley, MA 02482
        (781) 237-9018


## Certificate of Service

The undersigned hereby certifies that, on January 14, 2005, he served a true copy of the foregoing upon all parties by causing it to be sent electronically and, via first class mail, postage prepaid, to:

        Michael A. Feinberg, Esquire
        Jonathan M. Conti, Esquire
        **Feinberg, Campbell & Zack, P.C.**
        177 Milk Street
        Boston, MA 02109

and:

        Mark W. Batten, Esquire
        **Proskauer Rose LLP**
        One International Place
        Boston, MA 02110

        ___/s/ Paul L. Nevins_____
        Paul L. Nevins