## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-11005-RWZ**

| | |
|---|---|
| WALTER S. PREBLE, | ) |
|   Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TRANSPORTATION DISPLAYS, INC. | ) |
| d/b/a VIACOM OUTDOOR, and | ) |
| PAINTERS AND ALLIED TRADES | ) |
| DISTRICT 35, IUPAT, AFL-CIO, | ) |
|   Defendants | ) |

### PLAINTIFF'S CROSS-MOTION TO STRIKE THE
### DEFENDANT UNION'S STATEMENT OF UNDISPUTED FACTS

Now comes the plaintiff, Walter Preble, who, pursuant to Fed.R. Civ .P. 56 (e), moves to strike the purported **Defendant's Statement Of Undisputed Facts** at Numbers 11, 12, 13, 14, 22, 34, 37, 38, 39, 50, 51, 59, 61, and 67 of the defendant's purported **Statement of Undisputed Material Facts.** As grounds therefor, the plaintiff relies upon the objections set forth in response to each of the defendant's statements to which he has objected.

WHEREFORE, for all of the above-stated reasons, the plaintiff's motion to strike must be granted as a matter of law.

2

        Respectfully submitted,

        WALTER S. PREBLE

        By his attorney,

        /s/ Paul L. Nevins

        Paul L. Nevins
        BBO # 369930
        47 Church Street
        Wellesley, MA 02482
        (781) 237-9018


### Certificate of Service

The undersigned hereby certifies that, on January 14, 2005, he served a true copy of the foregoing upon all parties by causing it to be sent electronically and, via first class mail, postage prepaid, to:

    Michael A. Feinberg, Esquire
    Jonathan M. Conti, Esquire
    **Feinberg, Campbell & Zack, P.C.**
    177 Milk Street
    Boston, MA 02109

and:

    Mark W. Batten, Esquire
    **Proskauer Rose LLP**
    One International Place
    Boston, MA 02110

    ___/s/ Paul L. Nevins_____
    Paul L. Nevins