FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2005 JAN 28 P 1: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| WALTER S. PREBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-cv-11005 RWZ |
| | ) | |
| TRANSPORTATION DISPLAYS, | ) | |
| INCORPORATED, dba | ) | |
| VIACOM OUTDOOR, and | ) | |
| PAINTERS AND ALLIED | ) | |
| TRADES DISTRICT COUNCIL 35, | ) | |
| IUPAT, AFL-CIO, | ) | |
| | ) | |
| Defendants. | ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF DEFENDANT PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL NO. 35'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, Painters and Allied Trades District Council No. 35,

pursuant to Local Rule 7.1(B)(3), and respectfully moves for Leave of Court to File a

Reply Memorandum in Support of its Motion for Summary Judgment.  As grounds for its

motion, Defendant states as follows:

1.      Defendant Painters and Allied Trades District Council No. 35 filed

its Memorandum in Support of its Motion for Summary Judgment

on December 17, 2004.

2.      Plaintiff Walter Preble filed his Memorandum in Opposition to

Defendant Painters and Allied Trades District Council No. 35's

Motion for Summary Judgment on January 14, 2005.

3.      Plaintiff's Opposition raises new evidence and arguments not

included in his original filings.

4.      A brief Reply from Defendant will help illuminate Defendant's

position regarding the new evidence and arguments raised by

Plaintiff.

5.      Plaintiff's counsel has assented to this Motion.

WHEREFORE, Defendant Painters and Allied Trades District Council No. 35

respectfully requests that its Motion be granted, and that the Court permit Defendant to

file the attached Reply Memorandum.

Respectfully submitted,

Defendant Painters and Allied Trades
District Council No. 35
By its Attorneys,


Jonathan M. Conti (BBO # 657163)
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated this 27th day of January, 2005.


## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I
mailed a copy of the within document by first class mail, postage prepaid, to Paul L.
Nevins, Esq., 47 Church Street, Wellesley, MA 02482, and to Mark W. Batten, Esq.,
Proskauer Rose LLP, One International Place, Boston, MA 02110.

Dated this 27th day of January, 2005.

Jonathan M. Conti