UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WALTER PREBLE</u>
                Plaintiff

V.

<u>TRANSPORTATION DISPLAYS, INC. ET AL</u>
                Defendant

CIVIL ACTION

NO. <u>04-11005-RWZ</u>

## JUDGMENT

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM OF DECISION entered 8/22/05;

JUDGMENT is entered for DEFENDANTS.

                By the Court,

<u>8/24/05</u>                              s/ Lisa A. Urso
Date                                 Deputy Clerk