## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-11005-RWZ**

| | |
|---|---|
| WALTER S. PREBLE,<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TRANSPORTATION DISPLAYS, INC.<br>d/b/a VIACOM OUTDOOR, and<br>PAINTERS AND ALLIED TRADES<br>DISTRICT 35, IUPAT, AFL-CIO,<br>  Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Now comes the plaintiff, Walter S. Preble, who appeals from the Court's grant of summary judgment to defendants, entered on August 22, 2005, and the Court's denial of the plaintiff's **Motion To Remand.**

Respectfully submitted,

WALTER S. PREBLE

By his attorney,

/s/ Paul L. Nevins

Paul L. Nevins
BBO # 369930
47 Church Street
Wellesley, MA 02482
(781) 237-9018

2

**Certificate of Service**

The undersigned hereby certifies that, on September 20, 2005, he served a true copy of the foregoing upon all parties by causing it to be sent electronically and, via first class mail, postage prepaid, to:

>Michael A. Feinberg, Esquire
>Jonathan M. Conti, Esquire
>**Feinberg, Campbell & Zack, P.C.**
>177 Milk Street
>Boston, MA 02109

and:

>Mark W. Batten, Esquire
>**Proskauer Rose LLP**
>One International Place
>Boston, MA 02110

/s/ Paul L. Nevins
_____
Paul L. Nevins