## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11005

Walter S. Preble

v.

Transportation Displays, Inc., et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/20/2005.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 16, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/16/06

_____
Deputy Clerk, US Court of Appeals

_____

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11005-RWZ

Preble v. Transportation Displays Inc. et al
Assigned to: Judge Rya W. Zobel
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 05/18/2004
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

**Walter S. Preble**   represented by   **Paul L. Nevins**
Attorney at Law
47 Church Street
Wellesley, MA 02482
781-237-9018
Fax: 781-237-5765
Email: nevinsp@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip R. Olenick**
101 Tremont Street
Boston, MA 02108-5004
617-357-5660
Fax: 617-357-4113
Email: PROlenick@SpeakEasy.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Transportation Displays Inc.**
*doing business as*
Viacom Outdoor

represented by **Mark W. Batten**
Proskauer Rose LLP
22nd Floor
One International Place
Boston, MA 02110
617-526-9850

Email: mbatten@proskauer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Painters and Allied Trades District Counsel 35**     represented by **Jonathan M. Conti**
Feinberg, Campbell & Zack, P.C.
177 Milk Street
3rd Fl.
Boston, MA 02109
617-338-1067
Fax: 617-338-7070
Email: jmc@fczlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Feinberg**
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
617-338-1976
Fax: 617-338-7070
Email: maf@fczlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IUPAT**

**Defendant**

**AFL-CIO**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2004 | 1 | NOTICE OF REMOVAL by Painters and Allied Trades District Counsel 35 from Suffolk Superior Court, case number 04-1466 B. $ 150, receipt number 56062, filed by Painters and Allied Trades District Counsel 35.(Johnson, Jay) (Entered: 05/21/2004) |
| 05/18/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Johnson, Jay) (Entered: 05/21/2004) |

| | | |
|---|---|---|
| 05/21/2004 | 2 | ANSWER to Complaint by Painters and Allied Trades District Counsel 35.(Johnson, Jay) (Entered: 05/25/2004) |
| 05/26/2004 | 3 | ANSWER to Complaint by Transportation Displays Inc.. (Batten, Mark) (Entered: 05/26/2004) |
| 05/26/2004 | 4 | NOTICE of Scheduling Conference Scheduling Conference set for 6/24/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/26/2004) |
| 05/28/2004 | 5 | ANSWER to Complaint by Transportation Displays Inc.. (Johnson, Jay) (Entered: 06/02/2004) |
| 06/02/2004 | 6 | NOTICE of Change of Address by Mark W. Batten (Johnson, Jay) (Entered: 06/03/2004) |
| 06/08/2004 | 7 | MOTION to Remand by Walter S. Preble.(Hearing Requested) (Johnson, Jay) (Entered: 06/09/2004) |
| 06/10/2004 | 8 | NOTICE of Assent by Painters and Allied Trades District Counsel 35 re 7 MOTION to Remand (Johnson, Jay) (Entered: 06/14/2004) |
| 06/14/2004 | 11 | AFFIDAVIT of Paul L. Nevins re 10 MOTION for Attorney Fees by Walter S. Preble. (Johnson, Jay) (Entered: 06/15/2004) |
| 06/15/2004 | 9 | MEMORANDUM in Opposition re 7 MOTION to Remand filed by Transportation Displays Inc.. (Batten, Mark) (Entered: 06/15/2004) |
| 06/15/2004 | 10 | MOTION for Attorney Fees by Walter S. Preble.(Johnson, Jay) (Entered: 06/15/2004) |
| 06/17/2004 | 12 | MOTION to Withdraw Its Assent to Plaintiffs Motion to Remand by Painters and Allied Trades District Counsel 35. (Johnson, Jay) (Entered: 06/22/2004) |
| 06/21/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 7 Motion to Remand. The claim against the Union is a claim under federal law and TDI was properly brought along. (Urso, Lisa) (Entered: 06/21/2004) |
| 06/24/2004 | 13 | JOINT STATEMENT of counsel. (Urso, Lisa) (Entered: 06/25/2004) |
| 06/24/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 6/24/2004. Judge accepts paragraph 1 of the joint statement; All Discovery due |

| | | |
|---|---|---|
| | | by 11/9/2004. Further Scheduling Conference set for 11/18/2004 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/25/2004) |
| 06/29/2004 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by Painters and Allied Trades District Counsel 35.(Johnson, Jay) (Entered: 06/30/2004) |
| 07/02/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 10 Motion for Attorney Fees. Because the court denied the motion for remand on the merits after defendant withdrew its assent. (Urso, Lisa) (Entered: 07/02/2004) |
| 07/08/2004 | 15 | CERTIFICATE OF CONSULTATION by Mark W. Batten on behalf of Transportation Displays Inc.. (Batten, Mark) (Entered: 07/08/2004) |
| 07/09/2004 | 17 | Disclosure Statement by Painters and Allied Trades District Counsel 35. c/s.(Bell, Marie) (Entered: 07/12/2004) |
| 07/12/2004 | 16 | Document disclosure by Transportation Displays Inc..(Batten, Mark) (Entered: 07/12/2004) |
| 07/12/2004 | 18 | Document disclosure by Walter S. Preble.(Johnson, Jay) (Entered: 07/14/2004) |
| 07/12/2004 | 19 | CERTIFICATION pursuant to Local Rule 16.1 by Walter S. Preble.(Johnson, Jay) (Entered: 07/14/2004) |
| 07/12/2004 | 20 | STATE COURT Record Painters and Allied Trades District Counsel 35 served on 7/6/2004, answer due 7/26/2004.. (Johnson, Jay) (Entered: 07/14/2004) |
| 11/03/2004 | 21 | MOTION for Summary Judgment by Transportation Displays Inc..(Batten, Mark) (Entered: 11/03/2004) |
| 11/03/2004 | 22 | MEMORANDUM in Support re 21 MOTION for Summary Judgment filed by Transportation Displays Inc.. (Batten, Mark) (Entered: 11/03/2004) |
| 11/03/2004 | 23 | STATEMENT of facts re 21 MOTION for Summary Judgment. (Batten, Mark) (Entered: 11/03/2004) |
| 11/03/2004 | 24 | DECLARATION re 21 MOTION for Summary Judgment by Transportation Displays Inc.. (Attachments: # 1 Deposition (part 1)# 2 Deposition (part 2 of 4)# 3 Deposition (part 3 of 4) # 4 Deposition (part 4 of 4)# 5 Ex. B to Declaration# 6 Ex. C. to Declaration)(Batten, Mark) (Entered: 11/03/2004) |

| | | |
|---|---|---|
| 11/18/2004 | 25 | Assented to MOTION for Extension of Time to November 24, 2004 to File Opposition to Summary Judgment by Walter S. Preble.(Olenick, Philip) (Entered: 11/18/2004) |
| 11/19/2004 | 38 | (Assented to) MOTION for Extension of Time to 11/8/04 to File Response/Reply to defendant's motion for summary judgment by Walter S. Preble.(Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | 26 | MEMORANDUM in Opposition re 21 MOTION for Summary Judgment filed by Walter S. Preble. (Olenick, Philip) (Entered: 11/24/2004) |
| 11/24/2004 | 27 | AFFIDAVIT in Opposition re 21 MOTION for Summary Judgment *Affidavit of Walter S. Preble* filed by Walter S. Preble. (Olenick, Philip) (Entered: 11/24/2004) |
| 11/24/2004 | 28 | AFFIDAVIT in Opposition re 21 MOTION for Summary Judgment *Affidavit of Paul L. Nevins* filed by Walter S. Preble. (Olenick, Philip) (Entered: 11/24/2004) |
| 11/24/2004 | 29 | AFFIDAVIT in Opposition re 21 MOTION for Summary Judgment *Supplementary Affidavit of Paul L. Nevins* filed by Walter S. Preble. (Olenick, Philip) (Entered: 11/24/2004) |
| 11/24/2004 | 30 | RESPONSE to Motion re 21 MOTION for Summary Judgment *Plaintiff's Response to Defendants' Statement of Material Facts* filed by Walter S. Preble. (Olenick, Philip) (Entered: 11/24/2004) |
| 11/24/2004 | 31 | Cross MOTION to Strike 23 Statement of facts *of Defendants* by Walter S. Preble.(Olenick, Philip) (Entered: 11/24/2004) |
| 11/24/2004 | 32 | MEMORANDUM in Opposition re 21 MOTION for Summary Judgment filed by Walter S. Preble. (Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | 33 | AFFIDAVIT of Walter S. Preble in Opposition re 21 MOTION for Summary Judgment. (Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | 34 | AFFIDAVIT of Paul Nevins re 32 Memorandum in Opposition to Motion by Walter S. Preble. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4)(Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | 35 | SUPPLEMENTARY AFFIDAVIT of Paul L. Nevins by Walter S. Preble. (Johnson, Jay) (Entered: 11/29/2004) |

| | | |
|---|---|---|
| 11/24/2004 | 36 | Response by Walter S. Preble to 23 Statement of facts. (Johnson, Jay) (Entered: 11/29/2004) |
| 11/24/2004 | 37 | MOTION to Strike 23 Statement of facts by Walter S. Preble. (Johnson, Jay) (Entered: 11/29/2004) |
| 11/30/2004 | 39 | Opposition re 31 Cross MOTION to Strike 23 Statement of facts *of Defendants*, 37 MOTION to Strike 23 Statement of facts filed by Transportation Displays Inc.. (Batten, Mark) (Entered: 11/30/2004) |
| 12/01/2004 | 40 | Assented to MOTION for Leave to File *Reply Brief* by Transportation Displays Inc.. (Attachments: # 1 Reply Brief in Support of Motion for Summary Judgment)(Batten, Mark) (Entered: 12/01/2004) |
| 12/17/2004 | 41 | MOTION for Summary Judgment by Painters and Allied Trades District Counsel 35.(Johnson, Jay) (Entered: 12/20/2004) |
| 12/17/2004 | 42 | MEMORANDUM in Support re 41 MOTION for Summary Judgment filed by Painters and Allied Trades District Counsel 35. (Johnson, Jay) (Entered: 12/20/2004) |
| 12/17/2004 | 43 | STATEMENT of undisputed facts re 41 MOTION for Summary Judgment. (Johnson, Jay) (Entered: 12/20/2004) |
| 12/17/2004 | 44 | AFFIDAVIT of Charles E. Fogell re 41 MOTION for Summary Judgment by Painters and Allied Trades District Counsel 35. (Johnson, Jay) (Entered: 12/20/2004) |
| 01/06/2005 | 45 | Assented to MOTION for Extension of Time to January 17, 2005 to File Response/Reply as to 41 MOTION for Summary Judgment by Walter S. Preble.(Olenick, Philip) (Entered: 01/06/2005) |
| 01/07/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 45 Motion for Extension of Time to File Response/Reply re 45 Assented to MOTION for Extension of Time to January 17, 2005 to File Response/Reply as to 41 MOTION for Summary Judgment Responses due by 1/18/2005 (Urso, Lisa) (Entered: 01/07/2005) |
| 01/07/2005 | 46 | (Assented to) MOTION for Extension of Time to 1/17/05 to File Response/Reply as to 41 MOTION for Summary Judgment by Walter S. Preble.(Johnson, Jay) (Entered: 01/11/2005) |

| | | |
|---|---|---|
| 01/11/2005 | 🔵 | Judge Rya W. Zobel : electronicORDER entered granting 46 Motion for Extension of Time to File Response/Reply re 46 MOTION for Extension of Time to 1/17/05 to File Response/Reply as to 41 MOTION for Summary Judgment Responses due by 1/18/2005 (Urso, Lisa) (Entered: 01/11/2005) |
| 01/14/2005 | 🔵47 | MEMORANDUM in Opposition re 41 MOTION for Summary Judgment filed by Walter S. Preble. (Olenick, Philip) (Entered: 01/14/2005) |
| 01/14/2005 | 🔵48 | AFFIDAVIT of Paul L. Nevins in Opposition re 41 MOTION for Summary Judgment filed by Walter S. Preble. (Olenick, Philip) (Entered: 01/14/2005) |
| 01/14/2005 | 🔵49 | STATEMENT of facts re 41 MOTION for Summary Judgment *Response to Union's Statement of Facts*. (Olenick, Philip) (Entered: 01/14/2005) |
| 01/14/2005 | 🔵50 | MOTION to Strike 43 Statement of facts *of Painters and Allied Trades District Counsel* by Walter S. Preble.(Olenick, Philip) (Entered: 01/14/2005) |
| 01/14/2005 | 🔵51 | AFFIDAVIT of Paul L. Nevins re 47 Memorandum in Opposition to Motion by Walter S. Preble. (Johnson, Jay) (Entered: 01/19/2005) |
| 01/20/2005 | 🔵 | Judge Rya W. Zobel : electronicORDER entered granting 12 Motion to Withdraw (Urso, Lisa) (Entered: 01/20/2005) |
| 01/28/2005 | 🔵52 | Opposition re 50 MOTION to Strike 43 Statement of facts *of Painters and Allied Trades District Counsel* filed by Painters and Allied Trades District Counsel 35. (Johnson, Jay) (Entered: 02/01/2005) |
| 01/28/2005 | 🔵53 | (Assented to) MOTION for Leave to File Reply Memorandum in Support of Defendant's Motion for Summary Judgment by Painters and Allied Trades District Counsel 35.(Johnson, Jay) (Entered: 02/01/2005) |
| 02/02/2005 | 🔵 | Judge Rya W. Zobel : Electronic ORDER entered finding as moot 38 Motion for Extension of Time to File Response/Reply, granting 40 Motion for Leave to File, granting 53 Motion for Leave to File, finding as moot 25 Motion for Extension of Time (Urso, Lisa) (Entered: 02/02/2005) |

| | | |
|---|---|---|
| 02/02/2005 | 54 | Reply memorandum in support of Motion re 41 MOTION for Summary Judgment filed by Painters and Allied Trades District Counsel 35. (Urso, Lisa) (Entered: 02/25/2005) |
| 08/22/2005 | 55 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered granting 41 Motion for Summary Judgment, granting 21 Motion for Summary Judgment. Judgment to be entered for defendants. (Urso, Lisa) (Entered: 08/24/2005) |
| 08/23/2005 | | Judge Rya W. Zobel : endorsedORDER entered denying 37 Motion to Strike, denying 50 Motion to Strike, denying 31 Motion to Strike (Urso, Lisa) (Entered: 08/24/2005) |
| 08/24/2005 | 56 | Judge Rya W. Zobel : Order ORDER entered. JUDGMENT in favor of defendants against plaintiff(Urso, Lisa) (Entered: 08/24/2005) |
| 09/16/2005 | 57 | MOTION for Reconsideration re 55 Order on Motion for Summary Judgment,, 56 Judgment *Vacation of Judgment, and Remand to State Court* by Walter S. Preble.(Olenick, Philip) (Entered: 09/16/2005) |
| 09/20/2005 | 58 | NOTICE OF APPEAL as to Order on Motion to Remand, 55 Order on Motion for Summary Judgment,, 56 Judgment by Walter S. Preble. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/11/2005. (Olenick, Philip) (Entered: 09/20/2005) |
| 09/22/2005 | 59 | MEMORANDUM in Opposition re 57 MOTION for Reconsideration re 55 Order on Motion for Summary Judgment,, 56 Judgment *Vacation of Judgment, and Remand to State Court* filed by Transportation Displays Inc.. (Batten, Mark) (Entered: 09/22/2005) |
| 09/22/2005 | | Filing fee: $ 255.00, receipt number 67056 regarding Notice of Appeal (Johnson, Jay) (Entered: 09/23/2005) |
| 09/23/2005 | 60 | Opposition re 57 MOTION for Reconsideration re 55 Order on Motion for Summary Judgment,, 56 Judgment *Vacation of Judgment, and Remand to State Court* filed by Painters and Allied Trades District Counsel 35. (Conti, Jonathan) (Entered: 09/23/2005) |

| 10/05/2005 |  61 | REPLY to Response to Motion re 57 MOTION for Reconsideration re 55 Order on Motion for Summary Judgment,, 56 Judgment *Vacation of Judgment, and Remand to State Court* filed by Walter S. Preble. (Olenick, Philip) (Entered: 10/05/2005) |
|---|---|---|