# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1314

WALTER S. PREBLE

Plaintiff - Appellant

v.

TRANSPORTATION DISPLAYS INC. d/b/a Viacom Outdoor; PAINTERS AND ALLIED
TRADES DISTRICT COUNSEL 35, IUPAT, AFL-CIO

Defendants - Appellees

**JUDGMENT**

Entered: April 12, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/12/06

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By: _____
Operations Manager

[cc: Paul Nevins, Esq., Philip, Olenick, Esq., Mark Batten, Esq., Jonathan Conti, Esq., Michael Feinberg, Esq.]